to defend and the agreement to pay the finally determined liability that they should be considered as a whole, establishing a relationship which from the inception of a possible liability entitled assured to demand and the insurer to deny that the principal part of the insurance, the agreement to indemnify against liability, applies to this case, and hence, entitles plaintiff to prosecute the suit under the Declaratory Judgment Act. The dominant purpose of the contract as a whole must be borne in mind, and any attempt to divide it into distinct, separate parts is to obscure and subvert the intention of the contract and defeat the natural and reasonable expectation of the parties. The controversy here presented involves not only the duty to defend the action, which may end in a liability for a large sum, but the obligation to indemnify the assured against such liability. See Associated Indemnity Corporation v. Manning, supra; Farm Bureau Mutual Automobile Ins. Co. v. Daniel, supra; Central Surety & Ins. Corporation v. Caswell, supra.

We conclude that the lower court was in error in refusing to entertain jurisdiction and the decree is therefore reversed and the cause remanded for further proceedings consistent herewith.

J. B. Crow, of Shreveport, La., for appellant.

J. Fair Hardin, Asst. U. S. Atty., of Shreveport, La.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

This cause having been taken under submission by the Court on May 30th, 1938, with the provision that the appellant shall have the transcript of record in said cause printed within three weeks from said date, appellant having failed to comply with said provision,

It is now Ordered by the Court that this cause be, and the same is hereby, dismissed for want of prosecution under Rule 23 of this Court.

---

### GARRISON v. UNITED STATES.
#### No. 8771.

Circuit Court of Appeals, Fifth Circuit.

June 24, 1938.

### FEDERAL TRADE COMMISSION v. CHARLES N. MILLER CO.
#### No. 3313.

Circuit Court of Appeals, First Circuit.

June 10, 1938.

